AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| BLENDERS EYEWEAR, LLC | ) |
| --- | --- |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. |
| LE VENTURES, LLC, a California limited liability company; LE VENTURES, LLC, a Nevada limited liability company; NEVEN EYEWEAR LLC, a Nevada limited liability company; (see Attachment #1) | ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  LE VENTURES, LLC, a California limited liability company
8605 Santa Monica Blvd #84045
Los Angeles, CA 90069

LE VENTURES, LLC, a Nevada limited liability company
187 E. Warm Springs Road Suite B
Las Vegas, NV 89118
(See attachment #2)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Gregory M. Krakau
Krakau Law, P.C.
100 Pine Street, Suite 1250
San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

KRAKAU LAW, P.C.
Gregory M. Krakau, Bar No. 248607
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone:   (415) 936-2400
Facsimile:     (415) 936-2401
Email:    greg@krakaulaw.com


Attorneys for Plaintiff
BLENDERS EYEWEAR, LLC


UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BLENDERS EYEWEAR, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>LE VENTURES, LLC, a California limited liability company; LE VENTURES, LLC, a Nevada limited liability company; NEVEN EYEWEAR LLC, a Nevada limited liability company; NEVEN EYEWEAR, LLC, a Florida limited liability company; NEVEN HOLDINGS, LLC, a Florida limited liability company; 37 VENTURES, LLC, a Nevada limited liability company; LE VENTURES HOLDING, INC., a Nevada corporation; Khoi Le, an individual residing in California; Suzanne Elizabeth Connelly, an individual residing in Nevada; William L. Potts, an individual residing in Nevada; Jonathan Strauss, an individual residing in Florida; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.<br><br>**COMPLAINT FOR:**<br><br>**(1) TRADEMARK INFRINGEMENT -- 15 U.S.C. §§ 1114 AND 1125(a);**<br>**(2) UNFAIR COMPETITION AND FALSE DESIGNATION OF ORIGIN – 15 U.S.C. 1125(a);**<br>**(3) UNFAIR COMPETITION AND UNFAIR BUSINESS PRACTICES – CAL. BUS. & PROF. CODE §§ 17200 AND 17500, ET SEQ.;**<br>**(4) STATE TRADEMARK DILUTION AND INJURY TO BUSINESS REPUTATION – CAL. BUS. & PROF. CODE §§ 14330;**<br>**(5) COMMON LAW TRADEMARK INFRINGEMENT; and**<br>**(6) COMMON LAW UNFAIR COMPETITION**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff BLENDERS EYEWEAR, LLC ("Blenders Eyewear" or "Blenders" or "Plaintiff") complains and alleges against LE VENTURES, LLC, a California limited liability company; LE VENTURES, LLC, a Nevada limited liability company; NEVEN EYEWEAR

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

BLENDERS EYEWEAR, LLC. v. LE VENTURES, LLC et al.
[Case No.]

ATTACHMENT #2 TO SUMMONS

**DEFENDANTS TO BE SERVED:**

LE VENTURES, LLC
8605 Santa Monica Blvd #84045
Los Angeles, CA 90069

LE VENTURES, LLC
187 E. Warm Springs Road Suite B
Las Vegas, NV 89118

NEVEN EYEWEAR LLC
5940 S Rainbow Blvd Ste 400 #84045
Las Vegas, NV 89118

NEVEN EYEWEAR, LLC
225 5th Avenue, Ste 1
Indialantic, Florida 32903

NEVEN HOLDINGS, LLC
870 N. Miramar Ave., #391
Indialantic, FL 32903

37 VENTURES, LLC
5940 S Rainbow Blvd Ste 400 #84045
Las Vegas, NV 89118

LE VENTURES HOLDING, INC.
5940 S Rainbow Blvd Ste 400
Las Vegas, NV 89118

Khoi Le
8605 Santa Monica Blvd #84045
Los Angeles, CA 90069

Suzanne Elizabeth Connelly
187 E. Warm Springs Road Suite B
Las Vegas, NV 89118

William L. Potts
187 E. Warm Springs Road Suite B
Las Vegas, NV 89118

Jonathan Strauss
139 Cambridge Court
Indialantic, FL 32903